UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL TRUJILLO,<br><br>Defendant. | NO: 2:18-CR-0072-TOR<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release (ECF No. 34) and Motion to Expedite (ECF No. 35).

On October 2, 2018, Miguel Angel Trujillo appeared before the Court and entered a plea of guilty to the Indictment filed on May 1, 2018, charging him with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924. The Court accepted Defendant's plea of guilty and reserved ruling on whether to accept the Rule 11(c)(1)(C) plea agreement at the time of sentencing. The Court allowed Defendant to remain released pending sentencing on the same conditions of release previously imposed. ECF Nos. 20,

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

25. According to the Magistrate Judge's Order dated June 26, 2018, the home curfew condition was modified and replaced with home detention and GPS monitoring. ECF No. 25. GPS monitoring allowed Defendant to leave his residence for employment as pre-approved by the Pretrial Services Office.

Defendant now seeks to modify those conditions to accommodate his extended work schedule. The Government takes no position on the motion and the Probation Office supports modification.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (ECF No. 34) and Motion to Expedite (ECF No. 35) are **GRANTED**. The Defendant shall remain released pursuant to the conditions of release previously imposed in this matter, ECF Nos. 20, 25, except that condition of release numbered 28 is deleted. Defendant is no longer subject to home detention and GPS monitoring.

2. Defendant is cautioned that **if a sentence of incarceration is imposed, the Defendant shall be taken into custody at the time of sentencing**.

3. Sentencing remains set for **January 8, 2019, at 9:00 a.m**. in Spokane, Washington.

//

//

ORDER MODIFYING CONDITIONS OF RELEASE ~ 2

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED October 17, 2018.



                    *Thomas O. Rice*
                    THOMAS O. RICE
                    Chief United States District Judge